IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                    No. CIV S-07-1955 LEW GGH P

    vs.

MCDONALD,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 10, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 7, 2008 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 01/15/08                      /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:bb
lars1955.36