IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

        Plaintiff,               No. CIV S-07-1955 LEW GGH P

    vs.

MCDONALD,

        Defendant.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 10, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's February 29, 2008 motion for an extension of time (Doc. 17) is granted; and

        2.  Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED:  03/18/08

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
lars1955.eot