IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                      No. CIV S-07-1955 JAM GGH P

    vs.

McDONALD, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint filed April 30, 2008. For the following reasons, the complaint is dismissed with leave to amend.

        Plaintiff alleges that he was improperly transferred from High Desert State Prison (HDSP) to the California Correctional Institution (CCI). Plaintiff appears to allege that his classification score required that he be housed at a prison with a lower security level than CCI. Plaintiff alleges that CCI is dangerous and that he has had trouble programming there.

        Inmates do not have a constitutional right to be housed at a particular institution or facility or to be transferred, or not transferred, from one facility or institution to another. Olim v. Wakinekona, 461 U.S. 238, 244-48, 103 S.Ct. 1741 (1983); Meachum v. Fano, 427 U.S. 215, 224-25, 96 S.Ct. 2532 (1976). Nor does an inmate have a constitutional right to a particular

1

1  classification.  Moody v. Daggett, 429 U.S. 78, 88 n. 9, 97 S.Ct. 274 (1976).

2        Based on the legal standards set forth above, the court finds that plaintiff's claim
3  that he was improperly transferred to CCI based on his classification does not state a colorable
4  claim for violation of his constitutional rights.  Plaintiff is granted leave to file a second amended
5  complaint in case he may be able to state a colorable claim for relief.

6        Accordingly, IT IS HEREBY ORDERED that the amended complaint filed April
7  30, 2008, is dismissed with thirty days to file a second amended complaint.

8  DATED:  05/27/08

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

lar1955.ord