IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                     No. CIV S-07-1955 JAM GGH P

    vs.

McDONALD, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the second amended complaint filed June 20, 2008. For the following reasons, the court recommends that this action be dismissed.

        The second amended complaint suffers from the same pleading defects as the first amended complaint. Plaintiff again alleges that he was improperly transferred from High Desert State Prison (HDSP) to the California Correctional Institution (CCI). Plaintiff alleges that his classification score required that he be housed at a prison with a lower security score than CCI. Plaintiff suggests that CCI is more dangerous than a lower security prison.

        Inmates do not have a constitutional right to be housed at a particular institution or facility or to be transferred, or not transferred, from one facility or institution to another. Olim v. Wakinekona, 461 U.S. 238, 244-48, 103 S.Ct. 1741 (1983); Meachum v. Fano, 427 U.S. 215,

1  224-25, 96 S.Ct. 2532 (1976).  Nor does an inmate have a constitutional right to a particular
2  classification.  <u>Moody v. Daggett</u>, 429 U.S. 78, 88 n. 9, 97 S.Ct. 274 (1976).
3        Based on the standards set forth above, the court finds that plaintiff's claim that he
4  was improperly transferred to CCI based on his classification score does not state a colorable
5  claim for relief.  Because it does not appear that plaintiff can cure this pleading defect, the court
6  recommends that this action be dismissed.
7        IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.
8        These findings and recommendations are submitted to the United States District
9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
10 days after being served with these findings and recommendations, plaintiff may file written
11 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
12 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
13 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
14 F.2d 1153 (9th Cir. 1991).
15 DATED:  07/22/08

          /s/ Gregory G. Hollows
16
          UNITED STATES MAGISTRATE JUDGE
17 lar1955.56