IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff - Appellant,                2:07-cv-01955

    vs.                                           C/A # 09-15209

MCDONALD, *et al*.,                   **ORDER ON MANDATE**

    Defendant - Appellees.

_____/

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on October 23rd, 2009 issued its mandate dismissing the appeal for failure to respond, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    DATED this 3rd day of November, 2009.

*Howard D McKibben*
_____
United States District Judge